Opinion issued January 5, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00628-CR

———————————

debra
arangua,
Appellant

V.

The State of
Texas, Appellee



 



 

On
Appeal from the 183rd District
Court

Harris County,
Texas



Trial
Court Case No. 1262581

 



MEMORANDUM OPINION

Appellant,
Debra Arangua, has filed a motion to dismiss the appeal.   The motion complies with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).  We have not
issued a decision in the appeal.  The
Clerk of this Court has sent a duplicate copy to the trial court clerk. Id.

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).  We dismiss
any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the
date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish. 
 Tex. R. App. P. 47.2(b).